UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

LIJUN TONG, *et al.*,

        Plaintiffs,

    v.

PAMELA BONDI, *et al.*,[1]

        Defendant.

CASE NO. 2:25-cv-00071-RSL

ORDER

This matter comes before the Court on the "Stipulated Motion to Dismiss and [Proposed] Order" submitted by the parties on March 12, 2025. Dkt. # 7. The motion is GRANTED, and the above-captioned matter is DISMISSED without prejudice and with each party bearing their own costs.

Dated this 31st day of March, 2025.

Robert S. Lasnik
United States District Judge

---

[1] Pursuant to Federal Rule of Civil Procedure 25(d), defendants substitute U.S. Attorney General Pamela Bondi for Merrick Garland, Secretary Kristi Noem for Alejandro Mayorkas, Senior Official Performing the Duties of the Director Kika Scott for Ur M. Jaddou, and Jonathan Weeks for Anne Arries Corsano.

ORDER - 1